**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

NAVDEEP SINGH,                                )
                                             )
            Petitioner,                       )
                                             )
v.                                            )        Case No. CIV-26-1672-J
                                             )
FRED FIGUEROA, et al.,                        )
                                             )
            Respondents.                      )

**ORDER**

Petitioner Navdeep Singh, an India citizen, is currently in the custody of Immigration and Customs Enforcement.  He has filed a Verified Petition for Writ of Habeas Corpus challenging that detention.  [Doc. No. 1].  The matter was referred to United States Magistrate Judge Amanda L. Maxfield consistent with 28 U.S.C. § 636(b)(1)(B), (C).  Judge Maxfield issued a Report and Recommendation recommending that the Court: (1) grant the Petition in part and (2) order Respondents to provide Petitioner with a bond hearing within seven days or otherwise release him. [Doc. No. 13].  Neither party objected by the August 7, 2026 deadline and all have waived de novo review.  *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Report and Recommendation [Doc. No. 13] is ADOPTED and the Verified Petition for Habeas Corpus [Doc. No. 1] is GRANTED IN PART.  The Court ORDERS Respondents to provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) within seven days of the date of this Order, or release Petitioner if no hearing occurs within that period. Respondents shall certify compliance within ten days of the date of this Order.

A separate judgment will enter.

IT IS SO ORDERED this 13th day of August, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE